Matter of Husid (2024 NY Slip Op 04109)

Matter of Husid

2024 NY Slip Op 04109

Decided on August 1, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 1, 2024

PM-150-24
[*1]In the Matter of Douglas Mark Husid, an Attorney. (Attorney Registration No. 4435350)

Calendar Date:July 29, 2024

Before:Garry, P.J., Clark, Aarons, Pritzker and Mackey, JJ.

Douglas Mark Husid, Boston, Massachusetts, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Douglas Mark Husid was admitted to practice by this Court in 2006 and lists a business address in Boston, Massachusetts with the Office of Court Administration. Husid now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Husid's application.
Upon reading Husid's affidavit sworn to June 17, 2024 and filed June 19, 2024, and upon reading the July 22, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Husid is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Clark, Aarons, Pritzker and Mackey, JJ., concur.
ORDERED that Douglas Mark Husid's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Douglas Mark Husid's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Douglas Mark Husid is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Husid is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Douglas Mark Husid shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.